[No. 20597-5-III.   Division Three.   January 16, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS LEE BRITTAIN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-00946-1, James M. Murphy, J., entered October 18, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 20826-5-III.   Division Three.   January 16, 2003.]

*In the Matter of the Marriage of* KATHERINE JEAN VALENTA, *Appellant*, and GARY THOMAS VALENTA, *Respondent*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 93-3-00276-3, Richard W. Miller, J., entered January 15, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Sweeney, J.

[No. 27214-8-II.   Division Two.   January 17, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD JOHN REITER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-1-01041-9, Roger A. Bennett, J., entered March 21, 2001. *Affirmed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 27350-1-II.   Division Two.   January 17, 2003.]

FLOATING HOMES ASSOCIATION, *Appellant*, v. THE DEPARTMENT OF FISH AND WILDLIFE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 00-2-01541-8, Daniel J. Berschauer, J., entered May 16, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater and Armstrong, JJ. Now published at 115 Wn. App. 780.